UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, ) | Case No. 1:16-cv-000012-MC |
| ) | |
| Petitioner, ) | |
| ) | STATUS REPORT |
| v. ) | |
| ) | |
| Fernando Morales, Sr. and ) | |
| Fernando Morales, Jr., ) | |
| ) | |
| Respondents ) | |
| ) | |

TO THE HONORABLE JUDGE OF SAID COURT:

Per order by Judge Michael J. McShane in Case No. 1:16-cv-000012-MC, Plaintiffs submit this status report regarding criminal proceedings 1500747CR and 1500748CR in the Klamath County Circuit Court.

Basically, Plaintiffs have plead not guilty. Court audio of hearings show that no evidence of cock fighting was found. There was discussion that Plaintiffs' birds/property are also kept for pleasure by people who enjoy showing beautiful game fowl at fairs and poultry shows.

Several hearings beginning on May 9, 2016 have been held regarding trial readiness, but trial is not scheduled until December.

## JUDICIAL NOTICE

A hearing is scheduled for August 15, 2016 on a motion to suppress Fernando Jr.'s statement and return his collectibles to him. During the statement-taking process, Fernando Jr. was told by District Attorney Sharon Forester, Officer Kylie Bermingston, and Animal Control officer Gale McMahon that he had "better start cooperating by confessing" or else his dog would be killed.

Fernando Jr. refused to confess to a crime he did not commit, refused to admit he had anything to do with anything illegal. He was told that he was "uncooperative," and that his dog would be killed.

THIS IS NOTICE TO THE COURT that public employees Kylie Bermingston, and Gale McMahon and judicial officer District Attorney Sharon Forester used extortion, threat, fear and intimidation to attempt to get Fernando Jr. to confess to a crime he did not commit. Bermingston, McMahon and Forester used these threats, fear and intimidation to force Fernando Jr. into giving up his rights, reputation and freedom in violation of Title 18 U.S.C. §§ 241, 242 and 1951. This automatically NULLS and VOIDS the entire state action against Plaintiffs. Plaintiffs demand that this Court issue an Order dismissing state actions 1500747CR and 1500748CR with prejudice, and Order restitution to Plaintiffs to make them whole and return them to Square One as they were before this spurious action based on conjecture and hearsay was commenced against them.

Demand is hereby made to have these public employees prosecuted for breach of their Oaths, for violations against the Constitution for the United States of America, and for violations against their fiduciary duties to faithfully protect and serve the public/plaintiffs. Plaintiffs reserve all rights to file a counterclaim.

Respectfully Submitted,

*Fernando morales Sr*
Fernando Morales, Sr., sui juris
Without recourse UCC 1-308
5725 Summers Lane
Klamath Falls, OR 97603

7-22-16
Date

*Fernando Morales JR*
Fernando Morales, Jr., sui juris
Without recourse UCC 1-308
5725 Summers Lane
Klamath Falls, OR 97603

7-22-16
Date